

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

December 2, 2025

**BY ECF**
The Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Request GRANTED.  The initial appearance on the VOSR is adjourned from December 4, 2025 to **January 15, 2026, at 10:30 a.m.**

**SO ORDERED.**

Dated: December 3, 2025
        New York, New York

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

Re:    ***United States v. Carmelo Arroyo-Miranda*, 24 Cr. 49 (JLR)**

Dear Judge Rochon:

The Government respectfully writes to request that the Court adjourn the initial appearance in the above-captioned Violation of Supervised Release ("VOSR"), currently scheduled for December 4, 2025, for approximately forty-five days.  Defense counsel, Dawn Cardi, and the U.S. Probation Department ("Probation") consent to this request.

As background, on July 9, 2025, the defendant was arrested by state authorities for, among other offenses, criminal possession of a controlled substance in the first degree, in violation of New York Penal Law 220.21(1).  On July 11, 2025, Probation issued a VOSR petition based on the defendant's state arrest and a warrant for the defendant's arrest on the VOSR was issued.  The defendant remains in state custody on the state charges.  Based on the Government's communications with the Dutchess County District Attorney's Office, the state has not yet indicted the case but intends to do so in the coming weeks and to pursue the case to a disposition.

Because the defendant was arrested on state charges and not "for violating probation or supervised release," Fed. R. Crim. P. 5(a)(2)(B), and is in custody on those state charges and not "for violating probation or supervised release," Fed. R. Crim. P. 32.1(a)(1), it is not yet necessary for the Court to hold an initial appearance on his VOSR.  Accordingly, the Government, with the defendant's consent, respectfully requests that the Court adjourn the initial appearance on this VOSR for approximately forty-five days.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By:    _____/s/_____
        Nicholas Pavlis
        Assistant United States Attorney
        (212) 637-1068

cc:    Dawn Cardi, Esq. (by email)