

Partners
Dawn M. Cardi
Chad L. Edgar

Associate
Joanna C. Kahan

Senior Counsel
Michelle M. Younger

Of counsel
Nina Epstein

June 17, 2026

<span style="color:blue">Letter Motion GRANTED.  The violation hearing is adjourned from June 18, 2026 to **July 23, 2026 at 12:00 p.m.**</span>

Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

<span style="color:blue">Dated: June 17, 2026
     New York, New York</span>

**SO ORDERED.**

*Jennifer Rochon*

**JENNIFER L. ROCHON**
**United States District Judge**

Re: *United States v. Carmelo Arroyo-Miranda*, 24-Cr-49 (JLR)

Dear Judge Rochon:

    I am counsel to Carmelo Arroyo-Miranda in the above-referenced action. I write to request an adjournment of the violation of supervised release hearing scheduled for June 18, 2026, at 10:00 AM. The reason for this request is that Mr. Arroyo-Miranda still has a New York state case pending. I am requesting the violation of supervised release hearing be adjourned for 30 days. The government does not object to this motion.

    I thank you in advance for your consideration of this matter.

             Respectfully,

             /s/

             Dawn M. Cardi

cc: all counsel via ECF