UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v. -

CARMELO ARROYO-MIRANA,

Defendant.

24-cr-00049-JLR

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

The revocation of supervised release hearing previously scheduled for July 23, 2026 is rescheduled to **August 6, 2026 at 9:30 a.m.** in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

Dated: July 9, 2026
New York, New York

SO ORDERED.

JENNIFER L. ROCHON
United States District Judge