CARDI & EDGAR LLP

Managing Partner
Dawn M. Cardi

Partners
Chad L. Edgar
Michelle M. Younger

Associate
Renee C. Fancher

Of Counsel
Nina S. Epstein

October 14, 2026

**BY ECF**

Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Letter Motion GRANTED. The violation of supervised release hearing is adjourned from October 14, 2026 to **December 3, 2026 at 11:00 a.m.**

Dated: October 14, 2026
New York, New York

**SO ORDERED.**

*Jennifer Rochon*

**JENNIFER L. ROCHON**
**United States District Judge**

Re: *United States v. Carmelo Arroyo-Miranda*, 24 Cr. 49 (JLR)

Dear Judge Rochon:

I am counsel to Carmelo Arroyo-Miranda in the above-referenced action. I write to request an adjournment of the violation of supervised release hearing scheduled for October 15, 2026 at 10 a.m. The reason for this request is that Mr. Arroyo-Miranda continues to have a pending, unresolved state case. The next court appearance in the state case, potentially a trial, is in November of 2026. Thus, we respectfully request an adjournment of the hearing to a date in December of 2026. I have conferred with the government regarding this request and they do not object.

I thank you in advance for your consideration of this matter.

Respectfully,

/s/

Dawn M. Cardi

cc: all counsel via ECF